UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deanna Hicks )<br>*Individually and on behalf of all others* )<br>*similarly situated* )<br>Plaintiffs )<br> )<br> )<br> )<br>V. )<br> )<br>Meteor Learning Inc. )<br>A Delaware corporation )<br> )<br>Defendants )<br> ) | Civil Action No.<br>1:18-cv-11325-LTS |

## JUDGMENT

SOROKIN, J.

    For the reasons stated in the Court's Order dated June 28, 2019 (Docket #60), judgment hereby enters in favor of defendant, Meteor Learning, Inc.

                          IT IS ORDERED AND ADJUDGED:

                          /s/ Leo T. Sorokin
                        UNITED STATES DISTRICT JUDGE